

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 00-6217-Civ-GRAHAM
Magistrate Judge Turnoff

HAROLD SAMUEL LANDA, M.D., d/b/a
PULMONARY AND INTERNAL MEDICINE
CONSULTANTS, P.A., and BROWARD
COUNTY MEDICAL ASSOCIATION, INC.,

    Plaintiffs,
v.

HUMANA MEDICAL PLAN INC., a Florida Corporation,
HUMANA HEALTH PLAN OF FLORIDA, INC., a
Florida Corporation, and HUMANA HEALTH INSURANCE
COMPANY OF FLORIDA, INC., a Florida Corporation,

    Defendants.
_____/

**NOTICE OF MOTION PENDING BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION AND MOTION FOR STAY PENDING RESOLUTION OF MOTION TO TRANSFER AND CONSOLIDATE FOR PRETRIAL PROCEEDINGS**

Defendants Humana Medical Plan, Inc., Humana Health Plan of Florida, Inc., and Humana Health Insurance Company of Florida, Inc. hereby notify this Court that on March 15, 2000, Humana Inc. ("Humana") filed with the Judicial Panel on Multidistrict Litigation (the "MDL Panel") a Notice of "Tag-Along" Actions ("Notice"). In the Notice, Humana requested that this action and one other related action be included in Humana's request for an order (a) transferring a series of related actions challenging Humana's managed care cost-containment practices to a single district court, and (b) consolidating those actions for coordinated pretrial proceedings pursuant to 28 U.C.C. § 1407. Humana's Notice is attached hereto at Tab A.

Given the closely related allegations in the actions subject to Humana's MDL petition

and the likely complexity of discovery and other pretrial proceedings, Humana expects the MDL Panel to grant its petition. This litigation is barely at its inception in this Court, and the related actions in the other courts are at a similar stage. A stay of proceedings would therefore help achieve the objectives of the MDL process – namely, judicial economy and the avoidance of inconsistent pretrial rulings – without unduly interfering with any motions pending before this Court.

Accordingly, Defendants hereby move this Court for a stay of proceedings pending the MDL Panel's decision whether and where to transfer this action for consolidated pretrial proceedings. In the alternative, Defendants respectfully request that this Court enter a protective order with respect to pending discovery until the MDL Panel has had an opportunity to rule on Humana's request for transfer and consolidation.

This Motion is based on this Motion, the Memorandum in Support of Motion for Stay filed this day, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of hearing.

Dated: March 16, 2000

    Respectfully submitted,

                                                Peter A. Sachs, Esquire
                                                Florida Bar No. 349062
                                                Jones, Foster, Johnston & Stubbs, P.A.
                                                505 South Flagler Drive, Suite 1100
                                                Post Office Box 3475
                                                West Palm Beach, Florida 33402-3475

Of Counsel:                                    (561) 659-3000
O'MELVENY & MYERS LLP
555 13th Street, N.W.
Suite 500 West
Washington, D.C. 20004
(202) 383-5300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail to Brian D. Boyle, Esq., Brian P. Brooks, Esq., O'Melveny & Myers L.L.P., 555 13th Street, N.W., Washington, D.C. 20004; and Walter G. Campbell, Esquire, Krupnick, Campbell, Malone, Roselli, Buser, Slama, Hancock, McNelis, Liberman & McKee, P.A., 700 Southeast Third Avenue, Suite 100, Courthouse Law Plaza Fort Lauderdale, FL 33316 on March 16, 2000.

> JONES, FOSTER, JOHNSTON & STUBBS, P.A.
> Attorneys for Defendants
> 505 South Flagler Drive, Suite 1100
> Post Office Box 3475
> West Palm Beach, Florida 33402-3475
>
> By: _____
> Peter A. Sachs
> Florida Bar No. 349062

N:\PAS\20707-6\certofserv.wpd



——————————————————ATTACHMENT / EXHIBIT A

# O'MELVENY & MYERS LLP

| LOS ANGELES | 555 13th Street, N.W. | HONG KONG |
| CENTURY CITY | Washington, D.C. 20004-1109 | LONDON |
| NEWPORT BEACH | TELEPHONE (202) 383-5300 | SHANGHAI |
| NEW YORK | FACSIMILE (202) 383-5414 | TOKYO |
| SAN FRANCISCO | INTERNET: www.omm.com | |

March 15, 2000

OUR FILE NUMBER
404,625-035

WRITER'S DIRECT DIAL
202-383-5127

**VIA HAND DELIVERY**
Mr. Michael Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
One Columbus Circle, N.E.
Washington, D.C. 20002

WRITER'S E-MAIL ADDRESS
bbrooks@omm.com

Re:  *In re Humana Inc. Managed Care Litigation* – MDL
     Docket No. 1334
     *Notice of "Tag-Along" Actions*

Dear Mr. Beck:

Pursuant to Rule 13(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Humana Inc. ("Humana") hereby notifies the Panel of two potential "tag-along actions" that are appropriate for consolidation with other related actions pursuant to Humana's motion under MDL No. 1334. These potential tag-along actions are *Cutler, et al. v. Humana Medical Plan, Inc., et al.*, Case No. 00-6301-Civ-Gold, and *Landa, et al. v. Humana Medical Plan, Inc., et al.*, Case No. 00-6217-Civ-Graham. Copies of the complaints in each action are attached at Tabs 1 and 2.

In the *Cutler* action, two named plaintiffs – an individual physician, acting on his own behalf, and the Broward County Medical Association, purportedly acting on behalf of its members – assert that (1) various Humana affiliates have engaged in alleged "downcoding" of physician claims for payment, and that (2) Humana affiliates have implemented certain cost-containment incentives, such as capitation, that allegedly limit the ability of patients to see the specialist of their choice. While *Cutler* is brought by physicians rather than Humana insureds, *Cutler* clearly raises issues that are closely related to the issues involved in actions previously identified by Humana as appropriate for transfer and consolidation. For example, allegations concerning alleged "downcoding" and physician incentives (like capitation) are at the heart of these previously identified cases. (*See, e.g., Price v. Humana Inc.*, Compl. ¶¶ 30(g) (identifying

O'MELVENY & MYERS LLP
Mr. Michael Beck, March 15, 2000 - Page 2

Humana's use of capitation as an allegedly common question of fact for class certification purposes), 51(e)(iii) (alleging that Humana engaged in "downcoding").)

In the *Landa* action, two named plaintiffs – an individual physician, acting on his own behalf, and the Broward County Medical Association, purportedly acting on behalf of its members – assert that various Humana affiliates have engaged in alleged "downcoding" of physician claims for payment. In this respect, *Landa* appears to be identical to *Cutler*, and relates to the actions previously identified to the Panel in that it raises the same alleged "downcoding" issues implicated in such actions.

Both *Cutler* and *Landa* were filed by the same attorneys. Each action involves both an individual named plaintiff (a physician) and a purportedly representative plaintiff (a local medical association). Each action further involves factual allegations central to the actions previously identified to the Panel by Humana as appropriate for transfer and consolidation. There is thus no question but that they should be consolidated along with the others.

Very truly yours,

Brian P. Brooks

Encls.

cc: All MDL Counsel of Record

DC1:425863.1
03/15/00

## CERTIFICATE OF SERVICE

I hereby certify that Defendant Humana Inc.'s Notice of "Tag-Along" Actions, together with the attachments thereto, was mailed, postage pre-paid, on March 15, 2000, to:

David Boies, Esq.
Boies & Schiller LLP
80 Business Park Drive
Suite 110
Armonk, NY 10504

Steven Fineman, Esq.
Lieff, Cabraser, Heimann & Bernstein
10 Rockefeller Plaza
12th Floor
New York, NY 10020-1903

Mark K. Gray, Esq.
O'Koon, Gray & Weiss
1400 Citizens Plaza
500 W. Jefferson Street
Louisville, KY 40202

Stephen Neuwirth, Esq.
Boies & Schiller
80 Business Park Drive
Suite 110
Armonk, NY 10504

H. Laddie Montague, Jr., Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

Greg A. Lewen, Esq.
Miller, Schwartz & Miller, PA
2435 Hollywood Blvd.
Hollywood, FL 33020

David Krathen, Esq.
David Krathen, PA
888 East Las Olas Blvd.
Suite 200
Ft. Lauderdale, FL 33301

Joseph C. Langston, Esq.
Langston, Langston, Michael, Bowen & Tucker
100 South Main Street
Booneville, MS 38829

Andrew Peretz, Esq.
Barrett, Gravante, Carpinello & Stern
One East Broward Blvd.
Suite 620
Ft. Lauderdale, FL 33301

David Deep, Esq.
Deep & Womack
790 Bob Posey Street
Henderson, KY 42420

James W. Beasley, Jr., Esq.
Beasley, Leacock & Hauser, P.A.
Flagler Center, Suite 1400
505 South Flagler Drive
West Palm Beach, FL 33401

Walter G. Campbell, Jr. Esq.
Krupnick, Campbell, Malone, Roselli, Buser,
Slama, Hancock, McNelis, Liberman & McKee
700 Southeast Third Avenue
Courthouse Law Plaza
Suite 100
Fort Lauderdale, FL 33316

_____
Joanne V. Moses