CLOSED CIVIL CASE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No.00-6217-CIV-GRAHAM/TURNOFF

HAROLD SAMUEL LANDA, M.D., et al.,

Plaintiffs,

vs.

HUMANA MEDICAL PLAN, INC., et al.,

Defendants.
_______________________________/

FILED by ___ D.C.
APR 03 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER OF REMAND

**THIS CAUSE** came before the Court upon Plaintiffs' Motion to Remand, filed March 16, 2000.

**THE COURT** has considered the Motion and the pertinent portions of the record and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is GRANTED. It is further

**ORDERED AND ADJUDGED** that this action is hereby REMANDED to the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida. Once a case is remanded to state court, the district court no longer has jurisdiction to entertain any other motions filed by the parties. Harris v. Blue Cross/Blue Shield of Alabama, Inc., 951 F.2d 325, 330 (11th Cir. 1992); In re Ocean Marine Mut. Protection & Indem. Ass'n., 3 F.3d 353 (11th Cir. 1993). It is further

**ORDERED AND ADJUDGED** that this case is CLOSED for administrative purposes in the Southern District of Florida and that any pending motions are DENIED AS MOOT.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of April, 2000.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Walter Campbell, Esquire
    Peter Sachs, Esquire