**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



April 10, 2000

ATTN: Liz Cunningham, Manager, Civil Division
Clerk of the Circuit and County Courts
230 Broward County Courthouse
201 S.E. 6th Street
Fort Lauderdale, FL  33301

RE:  Our case No.:   00-6217 civ Graham
     Your case No.:

Dear Sir:

Enclosed please find a certified copy of this Court's Order of Remand in the above referenced case.

Please acknowledge receipt of the above on the enclosed copy of this letter.

CLARENCE MADDOX
Clerk of Court

by: _____
    Deputy Clerk

Enclosures